UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR16-185-JLR |
| Plaintiff, | |
| v. | DETENTION ORDER |
| SAMUEL N. REZENE, | |
| Defendant. | |

<u>Offense charged</u>:

    Count 1:    Felon in Possession of a Firearm

<u>Date of Detention Hearing</u>:  June 30, 2016.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. Defendant was convicted of unlawful possession of firearms previous to current charge.

2. The Assistant United States Attorney proffers defendant's involvement with shooting incidents in Seattle, and threats by defendant to get back at those involved in shooting him

3. Defendant has a history of substance abuse.

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

4.  Defendant has a history of failures to appear and violations of court orders, indicating an inability or unwillingness to comply with supervision.

5.  Defendant has been convicted of bail jumping and attempts to elude police officers.

6.  There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 30th day of June, 2016.

*James P. Donohue*

JAMES P. DONOHUE
Chief United States Magistrate Judge