HON. JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 16-00185JLR |
| Plaintiff, | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE |
| vs. | |
| SAMUEL REZENE, | ~~(PROPOSED)~~ |
| Defendant. | |

THE COURT has considered the defense's unopposed motion for a continuance of the trial and the pretrial motions dates. The Court finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and the defendant in a speedy trial.

THE COURT further finds that the period of time from the current trial date of August 29, 2016, until the new trial date of October 31, 2016, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

IT IS THEREFORE ORDERED that the trial date in this matter is continued to October 31, 2016, and that pretrial motions shall be filed no later than October 3, 2016.

DONE this 27th day of July, 2016.

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DEADLINE   - 1
(*Samuel Rezene;* CR 16-00185JLR)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1  Presented by:

2  s/ *Nancy Tenney*
   Attorney for Samuel Rezene
3  Office of the Federal Public Defender

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  ORDER GRANTING UNOPPOSED                    FEDERAL PUBLIC DEFENDER
    MOTION TO CONTINUE TRIAL AND                  1601 Fifth Avenue, Suite 700
    PRETRIAL MOTIONS DEADLINE   - 2                Seattle, Washington 98101
    (*Samuel Rezene;* CR 16-00185JLR)                      (206) 553-1100