Hon. James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMUEL REZENE,<br><br>    Defendant. | No. CR 16 – 185 JLR<br><br>DEFENDANT'S MOTION TO CONTINUE TRIAL DATE & PRETRIAL MOTIONS DEADLINE<br><br>Note for Motion: Friday, December 9, 2016 |

Defendant's Motion to Continue Trial Date came on regularly for hearing, and, the Court being fully advised, grants the motion and further finds that, pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and (B)(iv), the ends of justice served by granting the requested continuance outweigh the best interest of the public and defendant in a speedy trial, for the reasons outlined in defendant's motion. Specifically, it appears to the Court that the failure to grant a trial continuance would effectively deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

IT IS THEREFORE ORDERED that the trial date is continued to **March 6, 2017**, and pretrial motions are to be filed by February 2, 2017.



[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION TO CONTINUE TRIAL DATE – 1

LAW OFFICES OF STEPHAN R. ILLA, INC. P.S.
P.O. BOX 10033
SEATTLE, WA 98110
(206) 464-4142

IT IS FURTHER ORDERED that the period of delay from the filing of defendant's motion until the new trial date is excludable time pursuant to Title 18, United States Code, Section 3161(h)(7)(A), for the purpose of computing the time limitations imposed by the Speedy Trial Act, Title 18 United States Code, Sections 3161 through 3174.

ORDERED this 2ⁿᵈ day of December, 2016.

_____
Hon. James L. Robart
U.S. District Court Judge

Presented by:

LAW OFFICES OF STEPHAN R. ILLA

_____
Stephan R. Illa
WSBA No. 15793
Attorney for Defendant

Certificate of Service

I certify, under penalty of perjury under the laws of the State of Washington, that today I electronically filed this pleading and all attachments with the Clerk of Court using the CM/ECF system, which will send electronic notification of the filing to the attorneys of record for each of the parties.

Signed December 1, 2016 in Seattle, Washington.

_____
Stephan R. Illa

[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION TO CONTINUE TRIAL DATE – 2

LAW OFFICES OF STEPHAN R. ILLA, INC. P.S.
P.O. Box 10033
SEATTLE, WA 98110
(206) 464-4142