THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | No. CR 16-00185-JLR-1 |
|---|---|
| Plaintiff, | ORDER PERMITTING FILING OF EXCESS PAGES IN SUPPLEMENTAL BRIEF |
| v. | |
| SAMUEL N. REZENE, | |
| Defendant. | |

The Court, having reviewed the defendant's motion to file excess pages concerning the supplemental briefing, enters the following order:

IT IS HEREBY ORDERED that the motion is GRANTED. Defendant is permitted to file his supplemental brief in excess of 12 pages, but no more than 20 pages. The Government may, but is not required, to file a response not exceeding 12 pages.

DATED this 20th day of March, 2017.

_____
Honorable James L. Robart
United States District Judge