1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SAMUEL N. REZENE,<br><br>　　　　　　Defendant. | CASE NO. CR16-0185JLR<br><br>ORDER |

In its January 31, 2017, reply brief regarding Defendant Samuel N. Rezene's justification defense, the Government asserts without citation that "[u]nder Ninth Circuit precedent, proposed 'vague testimony' and 'bald assertions' are not sufficient to establish a *prima facie* case." (Reply (Dkt. # 33) at 1; *see also id.* at 1-2 ("[Mr.] Rezene has offered nothing more than 'vague testimony' and 'bald assertions.'")) The Government does not cite to any authority supporting those legal standards in its reply brief. (*See generally id.*) Accordingly, in conjunction with any briefing the Government chooses to file by March 24, 2017 (*see* 2/28/17 Order (Dkt. # 50) at 2), the court ORDERS the

ORDER - 1

1  Government to provide legal support for this assertion.  In the future, the court expects

2  both parties to provide adequate factual and legal support for their positions.

3       Dated this 21st day of March, 2017.

_____

JAMES L. ROBART
United States District Judge

ORDER - 2