1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10   UNITED STATES OF AMERICA,                    CASE NO. CR16-0185JLR

11                          Plaintiff,            ORDER
              v.
12

13   SAMUEL N. REZENE,

14                          Defendant.

15          On April 11, 2017, Defendant Samuel N. Rezene filed a motion to redact portions

16   of the court's April 10, 2017, order.  (Mot. (Dkt. # 67); *see also* 4/10/17 Order (Dkt.

17   # 66).)  However, Mr. Rezene neither filed a proposed version of the court's order that

18   effectuates the redactions that he seeks nor indicated whether he had conferred with

19   Defendant the United States of America ("the Government").  (*See* Mot.; Dkt.); Local

20   Rules W.D. Wash. LCrR 55(c); Local Rules W.D. Wash. LCR 5(g).  The court ORDERS

21   Mr. Rezene to indicate on the docket whether he has met and conferred with the

22   Government regarding his motion and file a proposed redacted order no later than April

ORDER - 1

1 | 13, 2017. The court DIRECTS the parties to brief the motion as a second-Friday motion

2 | with a noting date of April 21, 2017. *See* Local Rules W.D. Wash. LCR 7(d)(2). Finally,

3 | the court DIRECTS the Clerk to retain the seal on the court's April 10, 2017, order (Dkt.

4 | # 66) during the pendency of Mr. Rezene's motion to redact.

5 | Dated this 12 day of April, 2017.

6 |

7 | JAMES L. ROBART
United States District Judge

8 |