UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>    v.<br><br>SAMUEL N. REZENE,<br><br>                    Defendant. | CASE NO. CR16-0185JLR<br><br>ORDER TO APPEAR |

The court has received a notice of unavailability from attorney Emily M. Gause, counsel for Defendant Samuel N. Rezene. (Not. (Dkt. # 70).) Ms. Gause indicates that she is unavailable for a two-week period beginning the week this case is set for trial. (*See id.*; 2/8/17 Order (Dkt. # 45).) Such notices are not authorized by the applicable rules and are not binding on the court. The court ORDERS the parties to appear in court at 9:00

//

//

//

ORDER - 1

a.m. on Monday, April 17, 2017, to take up the notice of unavailability.

Dated this 13th day of April, 2017.

JAMES L. ROBART
United States District Judge

ORDER - 2