THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAMUEL N. REZENE,<br><br>Defendant. | No. CR 16-00185-JLR-1<br><br>ORDER REDACTING DOCUMENT |

Having read the Defendant's Motion to Redact Portions of the Court's April 10, 2017, Order, and pursuant to the agreement of the parties on April 13, 2017, the Court hereby enters the following ORDER:

The Court's April 10, 2017, Order shall be redacted so that individual names, as agreed upon by the government and the Defendant, shall be redacted to individualized identifiers (for example, "Individual 1").

The parties are directed to prepare and submit a proposed redacted order by April 26, 2017.

In the event of an appeal, the Court of Appeals shall have access to an unredacted copy of the Court's April 10, 2017, Order.

//

The Defendant's Motion to Redact (Dkt. 67) is ~~stayed~~ denied as moot. The briefing schedule set forth in Docket 68 is stricken.

The Clerk shall retain the seal on Docket # 66.

DATED this 13th day of April, 2017.

JAMES L. ROBART
U.S. DISTRICT JUDGE