THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 16-00185-JLR-1 |
| Plaintiff, | |
| v. | ORDER CONTINUING SENTENCING HEARING |
| SAMUEL N. REZENE, | |
| Defendant. | |

THE COURT having considered the defendant's motion to continue sentencing hearing, as well as the record and files herein, hereby makes the following findings:

1.    A continuance is necessary due to Mr. Rezene's attorney's unavailability and to allow her additional time to prepare for the sentencing hearing;

IT IS THEREFORE ORDERED that the unopposed defense motion to continue sentencing hearing date is GRANTED.  The sentencing hearing in this matter is continued to September 5, 2017 at 9:00 am.

Dated this 31st day of July, 2017.

The Honorable James L. Robart
United States District Judge