The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) No. CR16-0185JLR |
| | ) |
| v. | ) |
| | ) |
| SAMUEL N. REZENE, | ) **Motion to Seal** |
| | ) |
| Defendant. | ) **Noting date February 24, 2022** |
| | ) |

The Court FINDS that Exhibit 3 to the Declaration of Harry Williams contains personal medical information that should not be available to the general public and ORDERS that it shall be sealed.

DATED this 24th day of February, 2022.

*/s/ James L. Robart*
James L. Robart
United States District Court Judge

Motion for Compassionate Release–
Page 1

Presented by:

/s Harry Williams
Harry Williams

DATED February 24, 2022.

LAW OFFICE OF HARRY WILLIAMS

By  s/ Harry Williams IV
Harry Williams IV, WSBA #41020
harry@harrywilliamslaw.com
PO Box 22438
Seattle, WA 98122
206.240.1958

***Attorney for Samuel Rezene***