PROB 12C-WAR
(05/21)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Petition for Warrant or Summons for Person Under Supervision

**Name:** Samuel Rezene  **Case Number:** 2:16CR00185JLR-001
**Name of Judicial Officer:** The Honorable James L. Robart, United States District Judge
**Date of Original Sentence:** 09/12/2017  **Date of Report:** 11/01/2023
**Original Offense:** Felon in Possession of a Firearm
**Original Sentence:** 92 months' imprisonment and 3 years' supervised release
**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 08/09/2023
**Date Supervision Expires:** 08/08/2026
**Assistant United States Attorney:** Todd Greenberg  **Defense Attorney:** Harry Williams
**Special Conditions Imposed:**

☒ Substance Abuse      ☐ Financial Disclosure      ☐ Restitution:
☒ Mental Health          ☐ Fine                              ☐ Community Service
☒ Other: Shall not associate with known gang members, Moral Reconation Therapy, and search.

## PETITIONING THE COURT

☒ To issue a warrant under seal
☐ To issue a summons

I allege Samuel Rezene has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Committing the crime of unlawful possession of a firearm on October 31, 2023, in violation of the mandatory condition. |

I incorporate by reference the information contained in the attached memorandum.

United States Probation Officer Recommendation:

☒ The term of supervision should be
   ☒ revoked.
   ☐ extended for ___ years, for a total term of ___ years.
☐ The conditions of supervision should be modified as follows:

☒ Detention pending final adjudication due to
   ☒ risk of flight.
   ☒ danger to community.

| | |
|---|---|
| The Honorable James L. Robart, United States District Judge | Page 2 |
| Petition for Warrant or Summons for Person Under Supervision | November 1, 2023 |

| | |
|---|---|
| I swear under penalty of perjury that the foregoing is true and correct. | APPROVED:<br>Monique D. Neal<br>Chief United States Probation and Pretrial Services Officer |
| Executed on this 1st day of November, 2023. | BY: |
| *[signature]*<br>———————————————<br>Mi-Young Park<br>United States Probation Officer | *[signature]*<br>———————————————<br>Jennifer Van Flandern<br>Supervising United States Probation Officer |

---

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☒ The Issuance of a Warrant under seal
   (conditions of supervision shall remain in effect pending final adjudication)
☐ The Issuance of a Summons
   (conditions of supervision shall remain in effect pending final adjudication)
☐ Other

*[signature]*
———————————————
Signature of Judicial Officer

November 1, 2023
———————————————
Date