AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for
## Western District of Washington

| United States of America | |
|---|---|
| v. | Case No. **2:16CR00185JLR-001** |
| **Samuel Rezene** | |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay Samuel Rezene, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows: Violations of conditions of supervision

Date: **11/1/2023**

*Issuing officer's signature*

City and State: Seattle, WA

Samantha Spraker, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* **11/1/2023**, and the person was arrested on *(date)* **11/3/2023**
at *(city and state)* **Seattle, WA**.

Date: **11/3/2023**

*Arresting officer's signature*

**PLAMEN HRISTOV**
*Printed name and title*