Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff<br><br>　　　v.<br><br>SAMUEL REZENE,<br><br>　　　　　Defendant. | NO. CR16-185 JLR<br><br>GOVERNMENT'S WITNESS LIST |

The United States of America, by Tessa M. Gorman, United States Attorney for the Western District of Washington, and Todd Greenberg and Stephen Hobbs, Assistant United States Attorneys for said District, hereby submits the following list of witnesses it may present at the evidentiary hearing scheduled on March 26, 2024:

　　1. Seattle Police Department (SPD) Officer Brent Welte

　　2. Marysville Police Department Officer (former SPD Officer) Patrick Walters

　　3. SPD Detective Greg Tomlinson

　　4. Neguse Naizghi

　　5. Alganesh Tesfaselasie

*United States v. Rezene*, CR16-185 JLR
Government's Witnes List - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The government reserves the right to present any other witnesses.

DATED this 22nd day of March, 2024.

Respectfully submitted,

TESSA M. GORMAN
United States Attorney

*s/ Todd Greenberg*
TODD GREENBERG
STEPHEN HOBBS
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Telephone: 206-553-2636
Fax: 206-553-4440
E-mail: Todd.Greenberg4@usdoj.gov

*United States v. Rezene*, CR16-185 JLR
Government's Witnes List - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970