Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff<br><br>　　v.<br><br>SAMUEL REZENE,<br><br>　　　　　Defendant. | NO. CR16-185 JLR<br><br>GOVERNMENT'S AMENDED EXHIBIT LIST |

The United States of America, by Tessa M. Gorman, United States Attorney for the Western District of Washington, and Todd Greenberg and Stephen Hobbs, Assistant United States Attorneys for said District, hereby submits the following list of exhibits it may introduce at the evidentiary hearing scheduled on March 26, 2024:

| EX. | DESCRIPTION | INTRODUCED | ADMITTED |
|---|---|---|---|
| 1 | Photo of Yukon (rear) after crash | | |
| 2 | Photo of Yukon (undercarriage) after crash | | |
| 3 | Photo of Yukon (rear/top) after crash | | |
| 4 | Photo of Yukon license plate | | |

*United States v. Rezene*, CR16-185 JLR
Government's Amended Exhibit List - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| 5 | Photo of Yukon interior (back seats) through sunroof | |
| 6 | Photo of Yukon interior (front seats) through sunroof | |
| 7 | Video stills – recovery of whip-its canisters | |
| 8 | Photo of Yukon after crash (side view) | |
| 9 | Photo of Yukon after crash (front view) | |
| 10 | Video stills – firearm on driver's floorboard | |
| 11 | Photo of Yukon at SPD lot (front view) | |
| 12 | Photo of Yukon at SPD lot (side view) | |
| 13 | Photo of driver's area of Yukon – search warrant | |
| 14 | Photo of firearm in Yukon – search warrant | |
| 15 | Photo (closeup) of firearm in Yukon – search warrant | |
| 16 | Photo of recovered firearm and magazine | |
| 17 | Photo of obliterated serial number on firearm | |
| 18 | Officer Walters BWV | |
| 19 | Photo of Samuel Rezene at time of arrest | |
| 20 | Photo of blood on Samuel Rezene's hand | |
| 21 | Photo (closeup) of blood on Samuel Rezene's hand | |
| 22 | Photo of Lime scooter | |
| 23 | Photo of blood on handlebar of Lime scooter | |
| 24 | Video stills – Samuel Rezene in SPD car | |
| 25 | Photo of Nike sneakers worn by Samuel Rezene at time of arrest | |

*United States v. Rezene*, CR16-185 JLR
Government's Amended Exhibit List - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| 26 | Video of phone call between Officer Walters and Alganesh Tesfaselasie | | |
|---|---|---|---|
| 27 | Video of phone call between Officer Walters, Alganesh Tesfaselasie, and Neguse Narghl | | |
| 28 | Officer Cannon's BWV | | |

The government reserves the right to introduce any other exhibits.

DATED this 22nd day of March, 2024.

Respectfully submitted,

TESSA M. GORMAN
United States Attorney

*s/ Todd Greenberg*
TODD GREENBERG
STEPHEN HOBBS
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Telephone: 206-553-2636
Fax: 206-553-4440
E-mail: Todd.Greenberg4@usdoj.gov

*United States v. Rezene*, CR16-185 JLR
Government's Amended Exhibit List - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970