Honorable James Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. CR16-185 JLR |
| | ) | |
| v. | ) | NOTICE OF APPEAL |
| | ) | |
| SAMUEL REZENE, | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant Samuel Rezene, through undersigned counsel, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment (Dkt. #153) imposed on May 15, 2024, by Honorable James Robart, United States District Court Judge.

Dated this 21st day of May, 2024.

/s/ Michael Nance, WSBA #13933
Attorney for Samuel Rezene

Michael Nance
Attorney at Law
P.O. Box 11276
Bainbridge Island, WA 98110
(206) 624-3211