UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 28 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee,<br><br> v.<br><br>SAMUEL N. REZENE,<br><br>    Defendant - Appellant. | No. 24-3255<br><br>D.C. No.<br>2:16-cr-00185-JLR-1<br>Western District of Washington,<br>Seattle<br><br>ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

The motion (Docket Entry No. 3) of appellant's appointed counsel Michael Nance to withdraw as counsel of record and to appoint new counsel is granted.

The Clerk will electronically serve this order on the appointing authority for the Western District of Washington, who will locate appointed counsel. The appointing authority is requested to send notification of the name, address, and telephone number of appointed counsel to the Clerk of this court at counselappointments@ca9.uscourts.gov within 14 days of locating counsel.

Appellant's new counsel must order the reporter's transcript through submission of a CJA Form 24 to the district court by June 24, 2024. The transcript is due July 24, 2024. The opening brief is due September 3, 2024. The answering brief is due October 3, 2024. The optional reply brief is due within 21 days after service of the answering brief.

If appellant seeks transcripts of proceedings requiring special authorization, that authorization should be obtained from the district court. *See* 6 Guide to Judiciary Policy § 550.40.

The Clerk will serve this order on former counsel and appellant individually.