**FILED**

DEC 23 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> SAMUEL N. REZENE, <br><br> Defendant - Appellant. | No. 24-3255 <br><br> D.C. No. 2:16-cr-00185-JLR-1 <br> Western District of Washington, Seattle <br><br> ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

The motion (Docket Entry No. 24) by Harry Williams to withdraw and to appoint new counsel is granted. *See* 18 U.S.C. § 3006A.

Within 14 days of identifying counsel, the appointing authority for the Western District of Washington is requested to send counsel's contact information to counselappointments@ca9.uscourts.gov.

Within 70 days, new counsel must: (1) file a statement that counsel adopts the opening brief at Docket Entry No. 13, or (2) file a motion to strike the opening brief along with a replacement. The court will use the excerpts of record at Docket Entry No. 14 and new counsel may file a supplement if needed. The answering brief is due 30 days after counsel adopts or replaces the opening brief. The optional reply brief is due within 21 days after service of the answering brief.

Former counsel is reminded that, in future appeals, a motion to withdraw must be served on appellant, and the proof of service must include appellant's current address. *See* 9th Cir. R. 4-1(c).

The clerk will serve this order on former counsel and appellant individually.