|  |  | **FILED** |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | |
| FOR THE NINTH CIRCUIT | | MAY 5 2025 |
| | | MOLLY C. DWYER, CLERK |
| | | U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

SAMUEL N. REZENE,

    Defendant - Appellant.

No. 24-3255

D.C. No. 2:16-cr-00185-JLR-1
Western District of Washington, Seattle

ORDER

The motion (Docket Entry No. 35) for voluntary dismissal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

This order serves as the mandate of the court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT